IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10604-AA
_____

ROBERT W. OTTO,
JULIE H. HAMILTON,

                                                                                                       Plaintiffs - Appellants,

versus

CITY OF BOCA RATON, FLORIDA,
COUNTY OF PALM BEACH, FL,

                                                                                                        Defendants - Appellees.

_____

On Appeal from the United States
District Court for the Southern District of Florida
_____

ORDER:

      Appellants' Motion to Expedite Appeal is DENIED.


                                                                            /s/ Charles R. Wilson
                                                                      UNITED STATES CIRCUIT JUDGE